

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00444-CV

| | | |
|---|---|---|
| Tawnya Brigandi | § | From County Court at Law No. 2 |
| | § | of Denton County (CV-2016-01542) |
| v. | § | April 20, 2017 |
| American Mortgage Investment Partners Fund I Trust | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. We grant American Mortgage Investment Partners Fund I Trust's motion to dismiss, vacate the underlying court's judgments without consideration of the merits, and dismiss the case as moot.

It is further ordered that appellant Tawnya Brigandi shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM